IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-mj-3071-DGW |
| | ) | |
| QUINCY BATTICE, | ) | |
| a/k/a, RASHAUN D. FOGLE, and | ) | |
| a/k/a, MICHAEL PRIMO | ) | |
| | ) | |
| Defendant. | ) | |

### WARRANT FOR ARREST

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **QUINCY BATTICE**, and bring him forthwith to the nearest magistrate judge to answer a complaint charging him with one count of manufacturing counterfeit obligations of the United States, in violation of Title 18, United States Code, Section 471.

DONALD G. WILKERSON
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

July 7, 2017    East St. Louis, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by

8

## RETURN

This warrant was received and executed with the arrest of the above named defendant at


Date Received _____ Date of Arrest

_____          _____
Name and Title of Arresting Officer                              Signature of Arresting Officer

9